UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS LLC,<br><br>Plaintiffs,<br>v.<br><br>MICRO LABS LTD. and MICRO LABS USA INC.<br><br>Defendants. | C.A. No. 19-883-CFC<br><br>CONSENT ORDER OF DISMISSAL |

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL**

Plaintiffs Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals LLC ("Hikma"), and Defendants Micro Labs Ltd., and Micro Labs USA Inc. ("Micro Labs') (collectively, "the Parties"), by and through their counsel of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims, counterclaims, and defenses of the above-captioned case are dismissed without prejudice as follows:

1. Hikma's Complaint (D.I. 1) is dismissed, without prejudice.
2. Micro Labs' Counterclaims (D.I. 11) are dismissed, without prejudice.
3. Each Party shall bear its own costs and attorneys' fees.

The Parties consent to the form and entry of the foregoing Stipulation and Order of Dismissal.

| | |
|---|---|
| HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP | STAMOULIS & WEINBLATT LLC |
| */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (# 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com |
| *Attorneys for Plaintiffs Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals LLC* | *Attorneys for Defendants Micro Labs Ltd. and Micro Labs USA Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| WINSTON & STRAWN LLP<br>Charles B. Klein<br>1700 K Street, N.W.<br>Washington, DC 20006<br>(202) 282-5000<br>cklein@winston.com | Shashank Upadhye<br>Yixin H. Tang<br>Brent Batzer<br><br>Upadhye Cwik LLP<br>109 Symonds Dr., Unit 174<br>Hinsdale, IL 60522-0174<br>(312) 598-2610 |
| Dan H. Hoang<br>Elizabeth E. Grden<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>(312) 558-5600<br>dhoang@winston.com<br>egrden@winston.com | |

Dated: March 10, 2020

IT IS SO ORDERED this _____ day of _____, 2020.

_____
The Honorable United States District Judge